[No. 16465-5-II.  Division Two.  July 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLANDIS
DONTE CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00824-6, Karen B. Conoley, J., entered September 1, 1992. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Fleisher, JJ.

[No. 15981-3-II.  Division Two.  July 12, 1995.]

DAVID SILVA, *Respondent*, v. BATES TECHNICAL
COLLEGE, ET AL., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-11300-4, Frederick B. Hayes, J., entered April 3, 1992. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 17428-6-II.  Division Two.  July 12, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
K. BOGHOKIAN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-8-01485-1, James I. Maddock, J., entered August 20, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Morgan, J.